No. 52. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* HOWARD.

Argued December 5, 1929. Decided December 9, 1929. *Per Curiam:* Judgment reversed upon the authority of *Metcalf & Eddy* v. *Mitchell,* 269 U. S. 514. *Assistant Attorney General Youngquist,* with whom *Solicitor General Hughes, Mr. J. Louis Mon-*

*arch* and *Helen R. Carloss,* Special Assistants to the Attorney General, and *Messrs. Clarence M. Charest* and *Shelby S. Faulkner* were on the brief, for petitioner. *Mr. W. J. Howard, pro se,* for respondent.